**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:13-cv-00500-REB

CINDY E. CIRA

      Plaintiff

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security

      Defendant

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **ORDER REVERSING DISABILITY DECISION AND**

**REMANDING TO COMMISSIONER** [Dkt. No. 16] of Judge Robert E. Blackburn entered

on September 9, 2014.  It is

ORDERED that the decision of Commissioner of Social Security is reversed and

remanded.  Plaintiff is **AWARDED** her costs, to be taxed by the clerk of the court

pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 and 28 U.S.C. §

2412(a)(1).

Dated at Denver, Colorado this 30th day of October, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/  A. Lowe

A. Lowe
Deputy Clerk