**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 13-cv-00500-REB

CINDY E. CIRA,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

## ORDER

**Blackburn, J.**

The matter before me is the parties' **Stipulation to Attorney Fees Under the Equal Access to Justice Act** [#21],[1] filed January 12, 2015. Based on the stipulation, I find and conclude that the motion is well-taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Stipulation to Attorney Fees Under the Equal Access to Justice Act** [#21], filed January 12, 2015, is **APPROVED**; and

2. That under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), plaintiff is **AWARDED** attorney fees and expenses in the amount of $5,500.00.

Dated January 15, 2015, at Denver, Colorado.

                              **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.